Karen Sue Naylor
4343 Von Karman Avenue, Suite 300
Newport Beach, CA 92660-2098
Telephone (949) 851-7450
Facsimile

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:21-bk-11270 SC |
| Software Anywhere LLC | Chapter 7 |
| | **NOTIFICATION OF POSSIBLE ASSET CASE (NO CLAIMS BAR DATE REQUIRED)** |
| Debtor(s). | |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT**:

Karen Sue Naylor, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case hereby notifies the Clerk of the United States Bankruptcy Court that there is a possibility that assets may be administered in this case. At this time, there are currently no funds on hand to make dividend payments to creditors, therefore, no claims bar date should be fixed in this case.

DATED: August 11, 2021        /s/ Karen Sue Naylor, Trustee
                              Karen Sue Naylor
                              Chapter 7 Trustee